UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE L. MIMS,<br><br>    Plaintiff,<br><br>    v.<br><br>R. KENDALL, et al.,<br><br>    Defendants. | No. 2:18-cv-1864 DB P<br><br>ORDER |

Plaintiff is a state inmate proceeding pro se with an action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants retaliated against him by intentionally throwing away or giving away his property after he was placed in administrative segregation. Presently before the court is plaintiff's motion for waiver of court fees. (ECF No. 17.)

Plaintiff's motion consists of a form used in California state court superior courts requesting to waive court fees. Plaintiff was previously granted leave to proceed in forma pauperis in this action. (See ECF No. 8.) Based on his in forma pauperis status, plaintiff is required to pay the filing fee and the California Department of Corrections has been authorized to collect monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. However, other than the monthly payments, plaintiff is not required to pay any fees at this time. Accordingly, plaintiff's motion for a fee waiver will be denied as moot.

1

IT IS HEREBY ORDERED that plaintiff's motion for waiver of court fees (ECF No. 17) is denied as moot.

Dated: March 18, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/mims1864.fee.waiv