UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE L. MIMS, | No. 2:18-cv-1864 DB P |
| Plaintiff, | |
| v. | ORDER |
| R. KENDALL, et al., | |
| Defendants. | |

Plaintiff is a state inmate proceeding pro se with an action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants retaliated against him by intentionally throwing away or giving away his property after he was placed in administrative segregation.

By order dated January 13, 2019, plaintiff's complaint was screened and dismissed for failure to state a claim. (ECF No. 8.) Plaintiff was directed to file an amended complaint within thirty days and warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. Thereafter, plaintiff moved for and was granted two extensions of time to file an amended complaint. (ECF Nos. 13, 14, 16, 20, 21.) The most recent extension of time has expired, and plaintiff has not filed an amended complaint, requested additional time to file an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall either dismiss this action or file an amended complaint. If he fails to do so

the court will recommend that this action be dismissed for plaintiff's failure to comply with court orders and failure to prosecute.  See E.D. Cal. R. 110; E.D. Cal. R. 183(b); Fed. R. Civ. P. 41.

Dated:  May 29, 2019

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/mims1864.osc