UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE L. MIMS,<br><br>    Plaintiff,<br><br>    v.<br><br>R. KENDALL, et al.,<br><br>    Defendants. | No. 2:18-cv-1864 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state inmate proceeding pro se with an action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants retaliated against him by intentionally throwing away or giving away his property after he was placed in administrative segregation.

By order dated January 13, 2019, plaintiff's complaint was screened and dismissed for failure to state a claim. (ECF No. 8.) Plaintiff was directed to file an amended complaint within thirty days and warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. Plaintiff then moved for and was granted two extensions of time to file an amended complaint but thereafter did not file an amended complaint. (ECF Nos. 13, 14, 16, 20, 21.)

By order dated May 29, 2019, the court directed plaintiff to either dismiss this action or file an amended complaint within fourteen days. (ECF No. 22.) Plaintiff was warned that failure to comply with the court's orders would result in a recommendation that this action be dismissed.

1

Since that time plaintiff has not filed an amended complaint, requested additional time to file an amended complaint, updated his address, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a district judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 24, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/mims1864.fsc